```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
BERNARDO VALENTINI et al.,                            :
                                                      :
                              Plaintiffs,             :     11 Civ. 1355 (JMF)
                                                      :
              -v-                                     :     REVISED CIVIL CASE
                                                      :     MANAGEMENT PLAN AND
CITIGROUP, INC., et al.,                              :     SCHEDULING ORDER
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2013

JESSE M. FURMAN, United States District Judge:

As discussed at the pretrial conference held earlier today, the Case Management Plan and Scheduling Order ("CMP") in this case are modified as follows:

1. Plaintiffs and Defendants shall complete all outstanding production of documents by **Friday, May 17, 2013**.

2. The parties shall write to the Court by **May 31, 2013**, to indicate what method of alternative dispute resolution they prefer and, if they desire to be referred to the Court mediation program or a Magistrate Judge, when they believe a settlement conference or mediation session would be appropriate.

3. Defendants' motion to strike Plaintiffs' jury demand is due **September 20, 2013**. Plaintiffs' opposition is due **October 4, 2013**, and Plaintiffs' reply, if any, is due **October 11, 2013**.

4. Counsel for all parties shall appear for a pretrial conference on **December 16, 2013**, at **3:00 pm** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

5. In advance of that conference, the parties are hereby ORDERED to submit via e-mail (Furman_NYSDChambers@nysd.uscourts.gov) a joint letter, not to exceed three (3) pages, by **Wednesday, December 11, 2013, at 5:00 p.m.** The letter should include the following information in separate paragraphs:

    (1) A statement of all existing deadlines, due dates, and/or cut-off dates;
    (2) A brief description of any outstanding motions;
    (3) A brief description of the status of discovery and of any additional discovery that needs to be completed;
    (4) If any additional discovery remains to be completed, the number of

       prior requests for extension of the discovery deadlines and a brief summary of the reasons for those extensions;

  (5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

  (6) A statement of the anticipated length of trial and whether the case is to be tried to a jury;

  (7) A statement of whether the parties anticipate filing motions for summary judgment; and

  (8) Any other issue that the parties would like to address at the pretrial conference or any information that the parties believe may assist the Court in advancing the case to settlement or trial.

6. The date for the completion of all expert discovery is **February 28, 2014**. The parties are to meet and confer to set interim expert discovery deadlines.

7. In all other respects, the CMP remains in full force and effect (except insofar as it may have been previously modified by Order of this Court).

SO ORDERED.

Dated: April 30, 2013
       New York, New York

_____
JESSE M. FURMAN
United States District Judge