```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BERNARDO VALENTINI et al.,

                Plaintiffs,     11 Civ. 1355 (JMF)

      -v-     ORDER OF DISMISSAL

CITIGROUP, INC., et al.,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record at the conference of November 25, 2013, the above-entitled action is hereby dismissed with prejudice. All pending motions are moot. All conferences are vacated.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: November 25, 2013
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge