Furman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
BERNARDO VALENTINI, et al.,

        Plaintiffs,

    v.         : Civil Action Docket
             : No. 11-CV-1355 (JMF)
CITIGROUP, INC., et al.,

             JUDGMENT
        Defendants.
------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2013

   This action having commenced on February 28, 2011, by the filing of the Summons and Complaint by Plaintiffs Bernardo Valentini and Windsor International Business Corp. f/k/a Windsor International Investment Corp. (collectively, "Plaintiffs"); and an order awarding Defendants Citicorp Financial Services Corporation k/n/a Citi International Financial Services, LLC, Citibank, N.A., and Citi Private Bank (collectively, "Defendants") $131,094.93 in fees and costs reasonably attributable to Plaintiffs' discovery delays in this case having been entered on October 3, 2013; and an order awarding Defendants an additional $60,130.13 in fees and costs reasonably attributable to Plaintiffs' discovery delays and failures in this case having been entered on October 17, 2013; it is

   ORDERED, ADJUDGED AND DECREED: That the Defendants have judgment against Bernardo Valentini and Windsor International Business Corp. f/k/a Windsor International Investment Corp., jointly and severally, in the amount of $191,225.06.

Dated: December 27, 2013
     New York, New York

                  _____
                  JESSE M. FURMAN
                  United States District Judge

# Freshfields Bruckhaus Deringer US LLP

**MARSHALL H. FISHMAN**
601 Lexington Avenue
31st Floor
New York, New York 10022
Tel +1 212 230 4620
Fax +1 646 465 7420
marshall.fishman@freshfields.com

**By Email (judgments@nysd.uscourts.gov)**

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

December 23, 2013

Re: *Valentini, et al. v. Citigroup, Inc., et al.*, S.D.N.Y. No. 11 Civ. 1355 (JMF)

Dear Judge Furman:

On behalf of Defendants Citicorp Financial Services Corporation k/n/a Citi International Financial Services, LLC, Citibank, N.A., and Citi Private Bank, we write to request that the Court enter judgment in the amount of $191,225.06 in favor of Defendants and joint and severally against Plaintiffs Bernardo Valentini and Windsor International Business Corp. f/k/a Windsor International Investment Corp. in accordance with the Court's Orders dated August 16, October 3 and October 17, 2013. Dkt. Nos. 71, 98 & 106. A copy of a proposed judgment is included herewith. We thank the Court for its attention to this matter.

Respectfully submitted,

*Marshall H. Fishman /sm*

Marshall H. Fishman

Enclosure

cc   All counsel of record (via email)

The Freshfields Bruckhaus Deringer US LLP partners include members of the Bars of the State of New York and the District of Columbia, Solicitors of the Supreme Court of England and Wales and Rechtsanwalte of Germany

Abu Dhabi  Amsterdam  Bahrain  Barcelona  Beijing  Berlin  Brussels  Cologne  Dubai  Düsseldorf  Frankfurt am Main  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  London  Madrid  Milan  Moscow  Munich  New York  Paris  Rome  Shanghai  Tokyo  Vienna  Washington